UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.: 25-cv-20664-KMM

LINDA FRANCIS,

   *Plaintiff*,

vs.

NCL (BAHAMAS) LTD,

   *Defendant*.

_____/

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE JOINT STIPULATION OF DISMISSAL**

Plaintiff, LINDA FRANCIS and Defendant, NCL (BAHAMAS) LTD. ("NCL") jointly move for a 60-day extension of the deadline to file their Joint Stipulation of Dismissal.

1. Pursuant to the Court's Order, the Parties deadline to file a Joint Stipulation of Dismissal with Prejudice is September 24, 2025. [ECF No. 35].

2. The Parties have been working together to finalize the settlement, but require additional time to file their Joint Stipulation of Dismissal.

3. This extension is not being sought for purposes of delay, and the requested extension will allow the Parties to complete the terms of the settlement required prior to dismissal.

WHEREFORE, the Parties respectfully move for a 60-day extension of the deadline to file a Joint Pretrial Stipulation.

Dated: September 23, 2025

1

*Case No.: 25-cv-20664-KMM*

Respectfully submitted,

| | |
|---|---|
| **By**:*/s/ Matthew A. Leibert*<br>**MATTHEW A. LEIBERT, ESQ.**<br>(FBN 752266)<br>leibert@urbanthier.com<br>**URBAN THIER & FEDERER, P.A.**<br>5782A S. Semoran Blvd.<br>Orlando, FL 32822<br>Tel. 407-245-8352<br>Fax. 407-245-8361<br>*Attorneys for Plaintiff* | **By:** *s/Todd L. Sussman*<br>**TODD L. SUSSMAN, ESQ.**<br>(FBN 84729)<br>tsussman@nclcorp.com<br>**NCL (BAHAMAS) LTD.**<br>7665 Corporate Center Drive<br>Miami, FL 33126<br>Tel: (305) 436-4071<br>Fax: (305) 468-2132<br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of September 2025, I electronically filed the foregoing document with the Clerk to the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

By: */s/ Todd Sussman*
**Todd Sussman, Esq.**

## SERVICE LIST

*Linda Francis vs. NCL (Bahamas) Ltd.*
Case No.: 25-cv-20664-KMM
United States District Court for the Southern District of Florida

| | |
|---|---|
| Todd L. Sussman, Esq.<br>NORWEGIAN CRUISE LINE<br>7665 Corporate Center Drive<br>Miami, FL  33126<br>Telephone:     (305) 436-4653<br>Facsimile:      (305) 468-2132<br>tsussman@ncl.com<br>jjara@ncl.com<br>*Attorneys for Defendant* | Matthew A. Leibert, Esq.<br>John L. Urban, Esq.<br>URBAN THIER & FEDERER, P.A.<br>5782A S. Semoran Blvd.<br>Orlando, FL 32822<br>Tel. 407-245-8352<br>Fax. 407-245-8361<br>leibert@urbanthier.com<br>urban@urbanthier.com<br>*Attorneys for Plaintiff* |